[Nos. 32122-0-II; 32739-2-II; Division Two. September 15, 2005.]
32742-2-II.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL T. SIGO,
*Appellant.*

Appeals from judgments of the Superior Court for
Thurston County, Nos. 85-1-00528-1, 86-1-00008-2 and 86-
-1-00565-3, Gary Tabor, J., entered July 6, 2004. *Affirmed in
part* and *reversed in part* by unpublished opinion per Hunt,
J., concurred in by Houghton and Bridgewater, JJ.

[No. 32259-5-II. Division Two. September 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE HENRY
GOULD, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 04-1-00225-1 Richard L. Brosey, J., entered
September 9, 2004. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 32271-4-II. Division Two. September 15, 2005.]

DANNY HAYES ET AL., *Appellants*, v. THE DEPARTMENT OF LABOR
AND INDUSTRIES ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 03-2-01682-6, Richard D. Hicks, J.,
entered September 17, 2004. *Affirmed* by unpublished opin-
ion per Van Deren, A.C.J., concurred in by Bridgewater and
Hunt, JJ.

[No. 32352-4-II. Division Two. September 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS REYES
ORDUNA, *Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 04-1-01145-4, Wm. Thomas Mc-
Phee, J., entered October 7, 2004. *Reversed* by unpublished
opinion per Hunt, J., concurred in by Houghton and
Bridgewater, JJ.